UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TODD STANELLE,

     Plaintiff,

v.                                                                Case No. 18-cv-917

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security Administration,

     Defendant.

ORDER GRANTING STIPULATION FOR REMAND
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Based upon the parties' stipulation for remand pursuant to sentence four of 42 U.S.C. § 405(g), dated May 10, 2019,

IT IS ORDERED:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon judicial remand, the Appeals Council will remand this matter to an administrative law judge with instructions to offer Plaintiff the opportunity for a new hearing; reevaluate the record; proceed through the sequential evaluation process as needed to reach a decision; if warranted, obtain additional vocational expert testimony; and issue a de novo decision.

BY THE COURT:

s/Lynn Adelman 05/13/2019

Honorable Lynn Adelman
United States District Judge