AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**TODD STANELLE**,
    Plaintiff

    v.                        CASE NUMBER: **18-CV-917**

**NANCY A. BERRYHILL,
Acting Commissioner of Social
Security Administration**,
    Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED, that pursuant to the parties' stipulation, that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| 5/13/2019 | Stephen C. Dries |
| Date | Clerk |
| | L.Smith |
| | (By) Deputy Clerk |